# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| THE GEO GROUP, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-1014-G |
| HINTON ECONOMIC DEVELOPMENT AUTHORITY, a Public Trust, et al., | ) ) ) ) ) |
| Defendants. | ) |

## SCHEDULING ORDER

A telephonic status and scheduling conference in this case was held on February 7, 2024. Randall J. Wood appeared for Plaintiff. Andrew W. Lester and Kimberlee T. Spady appeared for Defendants. The parties requested a bench trial. The Court adopts the following scheduling order.

| EVENT | DEADLINE |
|---|---|
| 1. Motions to join additional parties to be filed. | February 21, 2024 |
| 2. Motions to amend pleadings to be filed. | February 21, 2024 |
| 3. Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendants. Defendants to file any amended final list of expert witness(es) in chief and submit expert reports to plaintiff 21 days thereafter. | May 21, 2024 |
| 4. Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed.* Defendants to file a final list of witnesses (as described above) 14 days thereafter.* | June 5, 2024 |
| 5. Plaintiff to file a final exhibit list.* Defendants to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter.* | June 5, 2024 |

| | |
|---|---|
| Defendants to file a final exhibit list 14 days after filing of plaintiff's list.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days after filing of defendant's list.<br><br>*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises.  Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list. | |
| 6. All dispositive and *Daubert* motions to be filed. | July 1, 2024 |
| 7. Discovery to be completed. | June 3, 2024 |
| 8. Pretrial Status Conference **<br><br>** Parties to submit a Joint Status Report, including discovery progress, along with any request to amend deadlines or hearings no later than June 4, 2024. | June 5, 2024 |
| 9. Trial docket.***<br><br>*** Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays.  The published trial docket will announce the trial setting.<br><br>The interval between the dispositive motion deadline (para. 6) and the trial docket (para. 9) is inflexible.  An extension of time to file or respond to a motion for summary judgment, if granted, will likely affect the trial setting. | August 13, 2024 |
| 10. Designations of deposition testimony to be used at trial. | July 16, 2024 |
|  Objections and counterdesignations to be filed. | July 23, 2024 |
| Objections to counterdesignations to be filed. | July 30, 2024 |
| *Submission to Court of Depositions to Be Used at Trial:* The parties shall submit to the Court a transcript of any deposition listed for use at trial.  The party that initially listed the deposition shall mark the transcript as follows: (a) initially designated testimony shall be highlighted in yellow; (b) counter-designated testimony shall be highlighted in blue; and (c) testimony that is the subject of | August 6, 2024 |

2

| | |
|---|---|
| an objection shall be underlined, with the basis for the objection briefly noted in the margin. | |
| *Submission to Court of Proposed Orders on Objections to Deposition Designations and Counterdesignations:* The parties shall submit proposed orders in conjunction with any objections to designations or counterdesignations of deposition testimony. The proposed orders shall be submitted by the party raising the objections and shall be submitted in Word format to goodwin-orders@okwd.uscourts.gov in substantially the form attached to this scheduling order. Specifically, each proposed order shall identify the deponent and list the page and line numbers associated with each objection. | August 6, 2024 |
| 11. Motions in limine (other than *Daubert* motions) to be filed. | July 16, 2024 |
| 12. Requested voir dire to be filed. | N/A |
| 13. Trial briefs (optional unless otherwise ordered). | July 16, 2024 |
| 14. Requested jury instructions and proposed verdict forms to be filed.***** | N/A |
| 15. Proposed findings and conclusions of law to be filed no later than _____.***** | July 16, 2024 |
| ***** In addition to filing, the parties shall submit their proposed findings of fact and conclusions of law and verdict forms in Word format to the Clerk via the Court's designated mailbox: goodwin-orders@okwd.uscourts.gov. | |
| 16. Any objection or responses to the trial submissions referenced in paragraphs 11, 12, 13, 14, or 15 to be filed within seven (7) days. Replies, if warranted, to be filed within three (3) days. | |
| 17. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (*see* Appendix IV), to be filed. A proposed order approving the report shall be submitted to the Clerk via the Court's designated mailbox: goodwin-orders@okwd.uscourts.gov. | July 16, 2024 |
| Except as may be otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall provide reasons justifying the commitment of court ||

resources to the settlement process and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, prior to docket call.

IT IS SO ORDERED this 9th day of February, 2024.

_____
CHARLES B. GOODWIN
United States District Judge