### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV–23-1014-G |
| ) | |
| HINTON ECONOMIC ) | |
| DEVELOPMENT AUTHORITY, a ) | |
| Public Trust, and THE TOWN OF ) | |
| HINTON, OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW Jessica James Curtis of the firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P. and hereby enters her appearance as counsel of record in the above-titled action for the Plaintiff, The GEO Groups, Inc. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

s/ Jessica James Curtis
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jessica James Curtis, OBA #35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.

1109 N. Francis Avenue
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jjamescurtis@piercecouch.com
***Attorneys for Plaintiff, The GEO Group, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this **3rd day of June, 2024**, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter.

s/ Jessica James Curtis
Jessica James Curtis

2