# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV–23-1014-G |
| ) | |
| HINTON ECONOMIC ) | |
| DEVELOPMENT AUTHORITY, a ) | |
| Public Trust, and THE TOWN OF ) | |
| HINTON, OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

## FINAL WITNESS AND EXHIBIT LIST OF
## PLAINTIFF THE GEO GROUP, INC.

Plaintiff, The GEO Group, Inc. ("Plaintiff"), through its counsel of record, hereby submits its Final Witness and Exhibit List pursuant to the Court's Second Amended Scheduling Order (Doc. 18).

## WITNESS LIST

| No. | Name | Potential testimony | Will Call/May Call |
|---|---|---|---|
| 1. | Amber Martin, Vice President The GEO Group, Inc. c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, LLP 1109 N. Francis Avenue Oklahoma City, OK 73106 T: 405.235.1611 | Ms. Martin will testify to the terms of the Contracts existing between The GEO Group, Inc., Municipal Corrections Finance, L.P., and the Defendants. Ms. Martin will also testify to the historical flow of revenue under the Intergovernmental | Will Call |

| No. | Name | Potential testimony | Will Call/May Call |
|---|---|---|---|
|  |  | Private Prison Contractor Agreement and how that revenue changed after 2021. Ms. Martin will also testify to the terms of sublease with the Oklahoma Dept. of Corrections. |  |
| 2. | Zack Frost<br>Director, Business Management, GEO Secure Services<br>c/o Randall J. Wood<br>Pierce Couch Hendrickson Baysinger & Green, LLP<br>1109 N. Francis Avenue<br>Oklahoma City, OK 73106<br>T: 405.235.1611 | Mr. Frost will testify to the flow of revenue under the current sublease with the Oklahoma Dept. of Corrections and to the manner of operations of the Great Plains Correctional Facility under the 2023 sublease. | Will Call |
| 3. | All witnesses listed by Defendants and not objected to by Plaintiff. |  | May Call |
| 4. | Custodians of records or any witness necessary to authenticate a document or exhibit. |  | May Call |

**EXHIBIT LIST**

| No. | Document |
|---|---|
| 1. | Warranty Deed dated December 29, 1999, conveying property from Cornell Corrections of Oklahoma, Inc. to Hinton Economic Development Authority. |
| 2. | Lease Agreement entered into as of December 31, 1999. |
| 3. | Intergovernmental and Private Prison Contractor Agreement dated as of March 1, 2000. |
| 4. | Sublease dated April 18, 2023, between Municipal Corrections Finance, LP and The Oklahoma Department of Corrections. |
| 5. | Demands for payment from the Defendants to the Plaintiff. |
| 6. | Assignment and Assumption of Lease dated August 14, 2001. |

| 7.  | Amendment to Intergovernmental and Private Prison Contractor Agreement. |
|-----|-----|
| 8.  | Second Amended and Restated Amendment to Intergovernmental and Private Prison Contractor Agreement. |
| 9.  | Defendants' Response to Plaintiff's First Set of Discovery Requests. |
| 10. | All exhibits listed by Defendant not otherwise objected to by Plaintiff. |
| 11. | All exhibits attached to depositions or produced through discovery and/or subpoenas not otherwise objected to by Plaintiff. |

Plaintiff reserves the right to amend this Witness and Exhibit list as discovery is ongoing.

                    Respectfully submitted,

                    s/ Randall J. Wood
                    Robert S. Lafferrandre, OBA #11897
                    Randall J. Wood, OBA #10531
                    Jessica James Curtis, OBA #35140
                    PIERCE COUCH HENDRICKSON
                      BAYSINGER & GREEN, L.L.P.
                    1109 N. Francis Avenue
                    Oklahoma City, OK 73106
                    Telephone: (405) 235-1611
                    Facsimile: (405) 235-2904
                    rlafferrandre@piercecouch.com
                    rwood@piercecouch.com
                    jjamescurtis@piercecouch.com
                    ***Attorneys for Plaintiff, The GEO Group, Inc.***

**CERTIFICATE OF SERVICE**

    I hereby certify that on this **6th day of August, 2024**, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter.

                                              s/ Randall J. Wood  
                                              Randall J. Wood