# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, Inc. )<br>)<br>    Plaintiff/Counterclaim Respondent )<br>)<br>v. )<br>)<br>HINTON ECONOMIC DEVELOPMENT )<br>AUTHORITY, a Public Trust, and )<br>THE TOWN OF HINTON, OKLAHOMA, )<br>)<br>    Defendants/Counterclaimants. ) | Case No. CIV-23-1014 G |

## DEFENDANTS FINAL WITNESS AND EXHIBIT LIST

Defendants Hinton Economic Development Authority, a public trust and the Town of Hinton, Oklahoma (collectively "Hinton") submits their Final Witness and Exhibit List in accordance with the Second Amended Scheduling Order (Doc. 18).

## WITNESS LIST

| | **Name and Address** | **Potential Testimony** | **Will Call/May Call** |
|---|---|---|---|
| 1. | Jason Garner,<br>Director Hinton Economic Development Authority<br>c/o Defendants' Attorneys of Record | HEDA's historical interactions with GEO, including GEO's use of the prison, payments; communications regarding GEO's contract with the State of Oklahoma; impact of GEO contract breach on Hinton. | Will Call |

|   | **Name and Address** | **Potential Testimony** | **Will Call/May Call** |
|---|---|---|---|
| 2. | Shannon Pack, Town Administrator Town of Hinton, Oklahoma c/o Defendants' Attorneys of Record | Hinton's historical interactions with GEO, including GEO's use of the prison; communications regarding GEO's contract with the State of Oklahoma; impact of GEO contract breach on Hinton. | Will Call |
| 3. | Kari Hawkins General Counsel Oklahoma Department of Corrections Office of the General Counsel 3400 N. Martin Luther King Ave Oklahoma City, OK 73111 405-425-2515 | Negotiations with GEO and the State's agreements with GEO. | Will Call |
| 4. | James Black The GEO Group SVP, President Secure Services c/o Plaintiff's Attorneys of Record | Negotiations with the State of Oklahoma and communications with the defendants. | May Call |
| 5. | All witnesses listed by Plaintiff not objected to by Defendants | | May Call |

**EXHIBIT LIST**

|   | **Documents** |
|---|---|
| 1. | Hinton Economic Development Authority (HEDA) Trust Indenture |
| 2. | Intergovernmental and Private Prison Contractor Agreement dated March 1, 2000. |
| 3. | Lease Agreement Hinton Economic Development Authority and Cornell Corrections of Oklahoma, Inc., dated 12/30/1999. |
| 4. | Assignment and Assumption of Lease (Hinton, Oklahoma) dated 8/14/2001. |
| 5. | Warranty Deed dated 12/29/1999, filed in the records of the Caddo County Clerk on 12/30/1999 in Book 2268 at Page 328 |
| 6. | Sublease Agreement, GEO Group, Inc and Oklahoma Department of Corrections dated 4/18/2023. |

|   | **Documents** |
|---|---|
| 7. | Invoices and statements from HEDA to GEO. |
| 8. | Communications, documents, and proposed agreement regarding GEO's August 2021 proposal for use of the Great Plains Correctional Facility as an Adult Alien Detention Center for ICE Detainees. |
| 9. | Bond Transcript $24,400,000 Certificates of Participation in Lease Payments by the Hinton Economic Development Authority, containing the following:<br><br>Ground Lease 2/1/1990: HEDA and Dominion Leasing Inc (Dominion).<br>Lease-Purchase Agreement 2/1/1990: HEDA and Dominion.<br>Assignment Agreement 2/1/1990 to Liberty National Bank and Trust Company (Liberty).<br>Trust Agreement 2/1/1990: HEDA, Dominion and Liberty.<br>Construction Contract 2/1/1990: Dominion and Canam Construction Company.<br>Architectural Contract 2/1/1990: Dominion and The Benham Group.<br>Preliminary Official Statement 1/29/1990.<br>Official Statement 2/7/1990 issued by HEDA.<br>Marketing Agreement 2/1/1990: HEDA and Correction Management Affiliates, Inc.<br>Management Agreement 2/1/1990: HEDA and Correction Management Affiliates, Inc.<br>UCC Financing Statement for Assignment from Dominion to Liberty.<br>Opinion of Counsel 2/7/1990: HEDA.<br>Land Survey.<br>Assignment of Marketing Agreement 2/7/1990.<br>Assignment of Management Agreement 2/7/1990.<br>Assignment of Construction Contract 2/7/1990.<br>Assignment of Architect's Contract 2/7/1990.<br>Feasibility Study BDO Seidman 1/24/1990.<br>Opinion of Andrews Davis, et al., RE: Prisoner eligibility 2/7/1990.<br>Opinion of Dorsey & Whitney tax counsel 2/7/1990.<br>Supplemental Opinion Dorsey & Whitney tax counsel 2/7/1990.<br>Project Fund Contract 2/7/1990: HEDA and Liberty.<br>Letter 1/23/1990 Superintendent Hinton Public Schools.<br>Letter 1/3/1990 from Caddo County Assessor.<br>Resolution 1/24/1990: HEDA.<br>Resolution 1/25/1990: Hinton Town Council. |

|     | **Documents** |
| --- | --- |
| 10. | Bond Transcript: $12,000,000 Series 1994 Hinton Economic development Authority, containing the following:<br><br>Amended and Restated Ground Lease Agreement between HEDA and Dominion 5/1/1994.<br><br>Amended and Restated Lease-Purchase Agreement between HEDA and Dominion 5/1/1994.<br><br>Amended and Restated Assignment Agreement between HEDA, Dominion, and liberty 5/1/1994.<br><br>Construction Contract between Dominion and Canam Construction Co. 5/1/1994.<br><br>Architectural Contract between Dominion and The Benham Group 5/1/1994.<br><br>Preliminary Official Statement 5/20/1994.<br><br>Official Statement issued by HEDA 5/26/1994.<br><br>Management Agreement between HEDA and Corrections Management Affiliates, Inc., 5/1/1994.<br><br>UCC Financing Statement and Subordination Agreement 5/26/1994 First State Bank, Hinton, Oklahoma, HEDA, and Liberty.<br><br>Opinion of Counsel, HEDA.<br><br>Assignment of Management Agreement.<br><br>Release of Mortgage.<br><br>Assignment of Construction Contract.<br><br>Assignment of Architect's Contract.<br><br>Opinion of Counsel, Dominion.<br><br>Trustee Certificate.<br><br>Opinion of Counsel for Trustee.<br><br>Opinion of Underwriter's Counsel.<br><br>Certificate of Vice-President of Correction Management Affiliates, Inc.<br><br>Projected Financial Statements and Report of Arthur Anderson & Co. 5/11/1994.<br><br>Opinion of Dorsey& Whitney as special tax counsel.<br><br>Supplemental Opinion of Dorsey& Whitney as special tax counsel.<br><br>Project Funds Contract between HEDA and Liberty.<br><br>Opinion of Dorsey& Whitney as to Series 1990A Certificates.<br><br>Agreement between HEDA and State of North Carolina, as amended by a Letter Agreement. |
| 11. | Email string commencing 1/25/2023 and ending 2/21/2023 between Zackry Frost, GEO Group and HEDA regarding GEO plans to lease Great Plains Correctional Facility. |

|     | **Documents** |
| --- | --- |
| 12. | Emails between Zackry Frost, GEO, and Jason Garner, HEDA, commencing May 10, 2023 and ending May 16, 2023. |
| 13. | All correspondence between HEDA and GEO |
| 14. | Letter dated May 18, 2023 Kimberlee Spady, HEDA General Counsel to Joe Negron, GEO Group, VP and General Counsel regarding sublease of Great Plains Correctional Facility. |
| 15. | Letter dated June 7, 2023 Randall Wood, Pierce Couch, et al., on behalf of GEO Group to Kimberlee Spady, HEDA General Counsel responding to May 18, 2023 correspondence. |
| 16. | Documentation from ODOC showing Prison population |
| 17. | Documentation from GEO showing Prison population |
| 18. | Documentation from other entities/jurisdictions showing Prison population |
| 19. | Contract between GEO Group and Federal Bureau of Prisons, effective 6/1/2015 |
| 20. | Contracts between GEO and other entities related to the Prison |
| 21. | Documents showing GEO's income, expenses, profits, and losses in connection with the Prison |
| 22. | Estoppel and Recognition Agreements executed by HEDA and Hinton relating to the Prison and GEO's financing and related documents |
| 23. | Caddo County Assessor's records regarding the Prison |
| 24. | Records, including the records of the Beckham County Assessor, showing the value of and ad valorem taxes assessed against the prison owned by Corrections Corporation of America in Sayre, Oklahoma |
| 25. | Records, including the records of the Comanche County Assessor, showing the value of and ad valorem taxes assessed against the prison and property owned by GEO Group and/or CPT Operating Partnership LP in Lawton, Oklahoma |
| 26. | Documents requested from/produced by GEO |
| 27. | All exhibits listed by Plaintiff not objected to by Defendants. |
| 28. | All exhibits attached to depositions or produced through discovery and/or subpoena not otherwise objected to by Defendants. |

Defendants reserve the right to amend this Witness and Exhibit List as discovery is ongoing.


        Respectfully submitted,

*/s/Andrew W. Lester*
Andrew W. Lester, OBA No. 5388
John E. Dorman, OBA No. 11289
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: alester@spencerfane.com
      jdorman@spencerfane.com

AND

*/s/Kimberlee T. Spady*
Kimberlee T. Spady, OBA No. 15660
114 E. Main Street
P.O. Box 433
Hinton, Oklahoma 73047
(405)542-6056
Kim@Spadylaw.com

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS THE HINTON ECONOMIC DEVELOPMENT AUTHORITY and THE TOWN OF HINTON, OKLAHOMA** Certificate of Delivery

    I hereby certify that on August 20, 2024, I electronically transmitted the attached documents to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record including:

Randall J. Wood        rwood@piercecouch.com
Robert S. Lafferrandre    rlafferrandre@piercecouch.com

        */s/Andrew W. Lester*