## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HINTON ECONOMIC DEVELOPMENT )<br>AUTHORITY, a Public Trust, and )<br>THE TOWN OF HINTON, OKLAHOMA, )<br>)<br>Defendants/Counterclaimants. ) | Case No. CIV-23-1014 G |

### DEFENDANTS' OBJECTIONS TO THE FINAL EXHIBIT LIST SUBMITTED BY PLAINTIFF

Pursuant to the Court's Second Amended Scheduling Order [Doc. No. 18], the following are Defendants and Counterclaimants The Hinton Economic Development Authority and The Town of Hinton, Oklahoma's ("Defendants") Objections to the Final Exhibit List submitted by Plaintiff The Geo Group [Doc. No. 19].

| No. | Plaintiff's Description | Defendants' Objection |
|---|---|---|
| 1. | Warranty Deed dated December 29, 1999, conveying property from Cornell Corrections of Oklahoma, Inc. to Hinton Economic Development Authority. | |
| 2. | Lease Agreement entered into as of December 31, 1999. | |
| 3. | Intergovernmental and Private Prison Contractor Agreement dated as of March 1, 2000. | |
| 4. | Sublease dated April 18, 2023, between Municipal Corrections Finance, LP and The Oklahoma Department of Corrections. | |
| 5. | Demands for payment from the Defendants to the Plaintiff. | |

1

| No. | Plaintiff's Description | Defendants' Objection |
|---|---|---|
| 6. | Assignment and Assumption of Lease dated August 14, 2001. | |
| 7. | Amendment to Intergovernmental and Private Prison Contractor Agreement. | Relevance, FRE 401 & 403; Compromise Offers & Negotiations, FRE 408; Hearsay, FRE 802. |
| 8. | Second Amended and Restated Amendment to Intergovernmental and Private Prison Contractor Agreement. | Relevance, FRE 401 & 403; Compromise Offers & Negotiations, FRE 408; Hearsay, FRE 802. |
| 9. | Defendants' Response to Plaintiff's First Set of Discovery Requests. | Relevance, FRE 401 & 403; FRE 408; Hearsay, FRE 802. |
| 10. | All exhibits listed by Defendant not otherwise objected to by Plaintiff. | |
| 11. | All exhibits attached to depositions or produced through discovery and/or subpoenas not otherwise objected to by Plaintiff. | Designation is not specific; exhibits to be offered are unknown at this time and are especially objectionable to the extent that Plaintiff attaches, produces, or subpoenas them; Relevance, FRE 401 & 403; Hearsay, FRE 802; Authentication, Identification of Evidence, FRE 901; Admissibility, Authentication FRE 1001-1004. |

Respectfully submitted,

s/Andrew W. Lester
Andrew W. Lester, OBA No. 5388
John E. Dorman, OBA No. 11289
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: alester@spencerfane.com
          jdorman@spencerfane.com

AND

s/Kimberlee T. Spady
Kimberlee T. Spady, OBA No. 15660
114 E. Main Street
P.O. Box 433
Hinton, Oklahoma 73047
(405)542-6056
Kim@Spadylaw.com

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS THE HINTON ECONOMIC DEVELOPMENT AUTHORITY and THE TOWN OF HINTON, OKLAHOMA**

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, I electronically transmitted the attached documents to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record including:

Randall J. Wood         rwood@piercecouch.com
Robert S. Lafferrandre   rlafferrandre@piercecouch.com


                    *s/Andrew W. Lester*