### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV–23-1014-G |
| ) | |
| HINTON ECONOMIC ) | Judge Charles B. Goodwin |
| DEVELOPMENT AUTHORITY, a ) | |
| Public Trust, and THE TOWN OF ) | |
| HINTON, OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

**COMES NOW** the Plaintiff, The GEO Group, Inc. joined by the Defendants, Hinton Economic Development Authority and the Town of Hinton, Oklahoma, respectfully moves the Court to extend the deadline for dispositive motions within the current Scheduling Order (Doc. 23), by ten (10) additional days, from October 1, 2024, to October 11, 2024. In support thereof, the parties show the Court as follows:

1. This is a dispute over the extent of the contractual obligations, if any, between the Plaintiff, The GEO Group, Inc. and the Defendants, Hinton Economic Development Authority ("HEDA") and the Town of Hinton, Oklahoma. (See Doc. 1 & Doc. 7.)

2. Plaintiff filed this Complaint on November 21, 2023. (See Doc. 1.)

3. Defendants filed their Answer and Counterclaims on December 8, 2023. (See Doc. 7.)

4. The current dispositive motion deadline is October 1, 2024.

5. The parties have been diligently working on this case, including exchanging written discovery and taking depositions.

6. In the last sixty (60) days Plaintiff's counsel has frequently been out of the office due to depositions in other cases.

7. Plaintiff's counsel intends to take the deposition of Shannon Pack, Hinton's Town Administrator, who is listed as a witness in this case. His deposition is currently scheduled for October 1, 2024.

8. Defendants wish to depose Plaintiff via its corporate representative(s). On September 17, 2024, Plaintiff's counsel informed Defendants' counsel that Plaintiff objects to 11 of the 15 areas of inquiry set out in the Notice of Deposition issued by Defendants pursuant to Fed.R.Civ.P. (30)(b)(6). Defense counsel intends to confer with Plaintiff's counsel regarding the objections on or before October 1. If the parties are unable to reach an agreement as to the scope of the corporate representative's deposition, Defendants will seek the Court's assistance.

9. For these reasons, the current dispositive motion deadline is unachievable.

10. Accordingly, the parties request that the Court extend the deadline for dispositive motions by ten days, from October 1, 2024 to October 11, 2024, in order to allow the parties' time to draft their dispositive motions. Given counsels' current

schedules, the parties believe ten days is sufficient time to complete the dispositive motions.

11. On September 23, 2024, Plaintiff's counsel asked Defense counsel if they would object to asking for an extension of the dispositive motion deadline, to which Defense counsel responded that they would also appreciate an extension and gave Plaintiff's counsel permission to file a joint motion.

12. This is the first motion to extend the dispositive motion deadline since the current scheduling order was entered on August 30, 2024. (See Doc. 23.) The parties only seek to extend the dispositive motion deadline, and do not wish to modify any other current deadlines. The parties believe that this extension will not interfere with the other scheduled deadlines in the case. This request is not being made for purposes of undue delay, evasion or unfair advantage. Neither the Court nor the parties will be prejudiced by this delay.

13. A proposed Order is being submitted with this Motion.

WHEREFORE, premises considered, all parties, by and through their respective counsel, respectfully move for an Order from this Court extending the deadline for dispositive motions by ten (10) days from October 1, 2024, to October 11, 2024, as requested herein.

Respectfully submitted,

s/ Randall J. Wood
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jessica James Curtis, OBA #35140
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis Avenue
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jjamescurtis@piercecouch.com
***Attorneys for Plaintiff, The GEO Group, Inc.***

and

 /s *John E. Dorman*
Andrew W. Lester
John E. Dorman
SPENCER FANE LLP
9400 North Broadway Ext, STE 600
Oklahoma City, OK 73114
alester@spencerfane.com
jdorman@spencerfane.com

and

 /s *Kimberlee T. Spady*
Kimberlee T. Spady
114 E. Main Street
PO Box 433
Hinton, OK 73047
kim@spadylaw.com
***Attorneys for Defendants and Counterclaimants the Hinton Economic Development Authority and the Town of Hinton, Oklahoma***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **September 27, 2024**, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter.

                                                s/ Randall J. Wood
                                                Randall J. Wood