UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-1014-G |
| | ) |
| HINTON ECONOMIC | ) |
| DEVELOPMENT AUTHORITY, a | ) |
| Public Trust, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Now before the Court is the parties' Joint Motion to Extend Dispositive Motion Deadline (Doc. No. 25), seeking to extend the parties' deadline to file dispositive motions by 10 days.

For good cause shown, the Joint Motion (Doc. No. 25) is GRANTED. The parties' deadline to file dispositive motions is hereby extended to October 11, 2024.

IT IS SO ORDERED this 30th day of September, 2024.

CHARLES B. GOODWIN
United States District Judge