# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THE GEO GROUP, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-1014-G |
| ) | |
| **HINTON ECONOMIC** ) | |
| **DEVELOPMENT AUTHORITY, a** ) | |
| **Public Trust, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is Plaintiff's Motion for Extension of Time (Doc. No. 29), seeking an extension of the deadline to respond in connection with both its Motion for Summary Judgment (Doc. No. 27) and Defendants' Motion for Summary Judgement (Doc. No. 28). Plaintiff seeks an additional fourteen days for each party to respond to the other's Motion. Plaintiff states that Defendants do not object to this request.

Although the requested extension is unopposed, "[t]he interval between the dispositive motion deadline and the trial docket is relatively inflexible." LCvR App. III. Consequently, the requested extension will affect the current January 2025 trial setting.

Accordingly, Plaintiff's Motion for Extension of Time (Doc. No. 29) is DENIED WITHOUT PREJUDICE. Plaintiff may reurge its request in conjunction with a request for an extension of the remaining case deadlines and continuance of the trial setting in accordance with Local Civil Rules 6.3 and 7.1.

IT IS SO ORDERED this 17th day of October, 2024.

_____
CHARLES B. GOODWIN
United States District Judge