# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GEO GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-1014-G |
| | ) |
| HINTON ECONOMIC | ) |
| DEVELOPMENT AUTHORITY, a | ) |
| Public Trust, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court are Plaintiff's Motion for Oral Argument (Doc. No. 38) and Motion to Strike (Doc. No. 40). Defendants have responded to both Motions, and Plaintiff has filed a Reply. *See* Doc. Nos. 41, 42.

Upon consideration of the record, Plaintiff's Motion for Oral Argument (Doc. No. 38) is DENIED. Plaintiff's Motion to Strike (Doc. No. 40) is GRANTED as follows: the trial setting of February 2025 and remaining pretrial deadlines are STRICKEN, pending further order of the Court. The Court anticipates ruling on the parties' dispositive motions in February. If necessary, a new trial setting will be announced after those rulings.

IT IS SO ORDERED this 16th day of January, 2025.

_____
CHARLES B. GOODWIN
United States District Judge